**Order entered March 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00568-CV

**BANK OF TEXAS N.A., Appellant**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03397-2016**

### ORDER

Before the Court is appellee's March 3, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **March 24, 2020**. We caution appellee that further extension requests will be disfavored.

/s/    BILL WHITEHILL
        JUSTICE